PROB 12B
(7/93)

Report Date: September 18, 2008

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Emmanuel Thomas Escobar          Case Number: 2:02CR02114-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 2/28/2003          Type of Supervision: 3 years

Original Offense: Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, 21 U.S.C. § 843(b); Carry/Possess Firearm During Narcotics Felony, 18 U.S.C. § 924(c)(1)(a)          Date Supervision Commenced: 9/17/2008

Original Sentence:  Prison - 84 Months; TSR - 36 Months          Date Supervision Expires: 9/16/20011

---

### PETITIONING THE COURT

## To modify the conditions of supervision as follows:

16      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

17      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

Mr. Escobar was released from custody on September 17, 2008, to begin a 3-year term of supervised release.  In order for his substance abuse testing conditions previously ordered by the Court to be in compliance with recent 9th Circuit case law, the above modifications are recommended.  The offender has agreed to the modifications and a signed waiver is enclosed for the Court's review.

Prob 12B
**Re: Escobar, Emmanuel Thomas**
**September 18, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/18/08

_____

U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

s/ Fred Van Sickle

_____
Signature of Judicial Officer

9/22/08
_____
Date